

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Kenby Clawson,

        Defendant.

Case:2:16-cr-20676
Judge: Leitman, Matthew F.
MJ: Grand, David R.
Filed: 10-11-2016 At 03:41 PM
INFO USA V. KENBY CLAWSON (LH)

Violation:  8 U.S.C. § 1324(a)(2)(A),
               18 U.S.C. § 2
               (Aiding and Abetting Alien
               Smuggling)

---

## INFORMATION

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Aiding and Abetting Alien Smuggling
in violation of § 1324(a)(2)(A), 18 U.S.C. § 2)

On or about February 12, 2012, within the Eastern District of Michigan and elsewhere, defendant KENBY CLAWSON, knowing and in reckless disregard of the fact that the aliens referred to by initials P.P., C.T. and B.L. had not received prior official authorization to come to, enter, and reside in the United States, did aid and abet the bringing to the United States of said aliens.

In violation of Title 8, United States Code, Section 1324(a)(2)(A) and Title 18, United States Code, Section 2.

BARBARA L. McQUADE
United States Attorney

s/ *Jonathan Tukel*
Jonathan Tukel,  Chief
Assistant United States Attorney
Chief, National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9749
Jonathan.tukel@usdoj.gov

s/*Cathleen M. Corken*
Cathleen M. Corken
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-0206
cathleen.corken@usdoj.gov

Dated:  October 11, 2016

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:2:16-cr-20676<br>Judge: Leitman, Matthew F.<br>MJ: Grand, David R.<br>Filed: 10-11-2016 At 03:41 PM<br>INFO USA V. KENBY CLAWSON (LH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| **Companion Case Information** | **Companion Case Number:** 16-cr-20647 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Laurie J. Michelson |
| ☒ Yes    ☐ No | **AUSA's Initials:** _CMC_ |

**Case Title:** USA v.  Kenby Clawson

**County where offense occurred :**  Wayne County, MI

**Check One:**    ☒ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/_✓_Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                              ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 11, 2016
Date

CATHLEEN M. CORKEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0206
Fax:    313-226-4678
E-Mail address: cathleen.corken@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.